RECEIVED
IN LAKE CHARLES, LA.

NOV 15 2011

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MOUSTAPHA CISSE-ABDRAMANE | : | DOCKET NO. 11-CV-00197<br>SECTION "P" |
| VS. | : | JUDGE MINALDI |
| JANET NAPOLITANO, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that respondent's motion to dismiss be GRANTED.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 15 day of November, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE